IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT FABER,**     **PLAINTIFF**
**ADC #131921**

CASE NO. 4:17-CV-851-JM-BD

**V.**

**MOBLEY and GUNTER**     **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.   Discussion

Robert Faber and Jonathan Porter, both inmates at the Faulkner County Detention Center, filed a single civil rights complaint that was separated into two lawsuits. (Docket entry #1) Because Mr. Faber failed to submit either a complete *in forma pauperis* (IFP) application or the statutory filing fee, he was ordered to do one or the other within thirty days of December 21, 2017. (#2) The Court specifically cautioned Mr. Faber that his

claims could be dismissed, without prejudice, if he failed to address the filing fee requirement.

As of this date, Mr. Faber has not submitted an IFP application or paid the filing fee, as ordered, and the time for complying with the Court's order has expired.

### III.  Conclusion

The Court recommends that Mr. Faber's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 21, 2017 order and his failure to prosecute this lawsuit.

DATED this 23rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE