IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT FABER,     PLAINTIFF
ADC #131921

CASE NO. 4:17-CV-851-JM-BD

V.

MOBLEY and GUNTER     DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Faber has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Faber's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's December 21, 2017 order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 12th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE